**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH
SERVICES AND INSURANCE
PLAN, ET AL.,
PLAINTIFFS

v. C.A. No. 05-71T

C&S WHOLESALE GROCERS,
INC.,
DEFENDANT

**SHOW CAUSE ORDER**

On or before **June 10th, 2005**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge

Date: 5/10/05

FORMS/SHWCAUS2.ORD

3