**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN , ET AL | : | |
| VS. | : | C.A. NO.: 05-71T |
| C&S WHOLESALE GROCERS, INC. | : | |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

This is an action to compel payment of contributions, interest and penalty to an employee welfare benefit plan pursuant to the Employee Retirement Income Security Act, 29 U.S.C § 1001, et seq. Contributions relate to work hours at the former C&S warehouse in Cranston, Rhode Island.

Following initiation of the action, Defendant made a significant partial payment of contributions, but the parties dispute contributions owed for several former employees who may be eligible for worker's compensation extension benefits and the applicability of an increase in the contribution rate that occurred at about the same time as the warehouse closing.

The parties are optimistic that the matter will be resolved without the need for further litigation. Enclosed herewith is an executed voluntary dismissal stipulation, which Plaintiff request be accepted.

Plaintiff,
By its attorney,

Marc B. Gursky, (#2818)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

CERTIFICATION

I hereby certify that I mailed a true copy of the within, postage pre-paid, on the 7 day of June, 2005 to the following:

Robert G. Sullivan, Vice President
C&S Wholesale Grocers, Inc.
7 Corporate Drive
Keene, NH 03431