**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN , ET AL :

VS. : C.A. NO.: 05-71T

C&S WHOLESALE GROCERS, INC. :

**VOLUNTARY DISMISSAL**

This matter is voluntarily dismissed without prejudice, pursuant to Rule 41(a)(1).

Plaintiff,
By its attorney,

Marc B. Gursky, (#2818)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

CERTIFICATION

I hereby certify that I mailed a true copy of the within, postage pre-paid, on the 15th day of ~~July~~ August, 2005 to the following:

Robert G. Sullivan, Vice President
C&S Wholesale Grocers, Inc.
7 Corporate Drive
Keene, NH 03431

Kerrie Kaminski

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 8/23/05